JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRITTNEY HILDEBRAND, individually and on behalf of all others similarly situated,

Plaintiff,

     vs.

SOUTHWEST SOCCER CLUB TOURNAMENTS; SOUTHWEST SOCCER CLUB, INC.; DOES 1 through 10, inclusive,

Defendant.

CASE NO.: 8:21-cv-01871-DOC-KES

ORDER GRANTING DEFAULT

JUDGMENT [16]

Hearing Date:  June 6, 2022

Hearing Time: 8:30am

Courtroom 10 A

Honorable David O. Carter

     GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Plaintiff's Motion for entry of default judgment be entered as to Defendants, Southwest Soccer Club Tournaments and Southwest Soccer Club, Inc., in the amount of ten thousand one hundred and sixty-nine dollars and fifty cents ($10,169.50).

Dated   April 26, 2022

 

_David O. Carter_
_____
Honorable David O. Carter