UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-01871-DOC (KESx)                        Date: October 12, 2022

Title:   Brittney Hildebrand v. Southwest Soccer Club Tournaments et al

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

|   Karlen Dubon   | None |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION AS TO DEFENDANT'S MOULAY ELBEKRAOUI AND MARINA BOLDACHOVA**

The Court hereby orders plaintiff (s) to show cause in writing no later than **October 14, 2022** why this action should not be dismissed as to all remaining defendants for lack of prosecution.

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently:

- **A Proof of Service of Summons and Complaint as to defendants Moulay Elbekraoui and Marina Boldachova (however, if the deadline to Answer has already passed, plaintiff(s) must also submit a Request for Default or Stipulation Extending Time to Answer);**

- **Notice of Settlement; or**

- **Notice of Voluntary Dismissal (F.R.Civ.P. 41)**

No oral argument of this matter will be heard unless ordered by the Court.

The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

Initials of Deputy Clerk: kdu