**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01871-DOC-KESx                    Date:  June 14, 2023

Title:   Brittney Hildebrand v. Southwest Soccer Club Tournaments, et al.

PRESENT:
       THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

          Jazmin Dorado                                    Not Present
         Courtroom Clerk                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
           None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause Re Sanctions**

       On May 15, 2023, the Honorable David O. Carter ordered the parties to attend a
settlement conference with the Magistrate Judge, to take place on or before June 14, 2023.
(Dkt. 96.)  On May 17, 2023, the Magistrate Judge issued a scheduling order setting the
conference for June 14, 2023.  That order required the parties to email confidential briefs
to chambers by June 9, 2023.  (Dkt. 97.)

       On June 9, 2023, the Court did not receive a confidential brief from Defendants.  On
June 13, 2023, at 3:49 p.m., the Court's chambers email received the following message
from defense counsel Justin Stockton:

       I was just advised that my client is unable to attend tomorrow's settlement
       conference due to health reasons.  As such, neither my client nor I will be
       attending tomorrow.  I apologize to the Court and opposing counsel for the
       inconvenience.

Plaintiff's counsel Adrian Bacon responded at 4:06 p.m. asking Defendants to propose an
alternative date.  He sent a follow-up email at 4:17 p.m. explaining that Plaintiff still
planned to attend the scheduled settlement conference "unless the court relieves the parties
of their obligations and it is rescheduled."

       At about 5:15 p.m., the Magistrate Judge issued a minute order clarifying that
Defendants and their attorney were not "excused" from compliance with the prior orders

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:21-cv-01871-DOC-KESx

Date: June 14, 2023
Page 2

and that she would be available to meet with the parties on June 14, 2023, as scheduled. (Dkt. 98.)  On June 14, 2023, at 9:00 a.m., Plaintiff and Plaintiff's counsel appeared for the court-ordered settlement conference and conferred with the Magistrate Judge.  Neither Defendants nor defense counsel appeared in person.  They did not request to appear by phone or Zoom.  Plaintiff's counsel confirmed that his office had been speaking with defense counsel earlier in the week, and defense counsel had not mentioned any medical issues that might prevent Defendants from attending the Wednesday settlement conference until counsel's email late Tuesday afternoon.

The Court, therefore, orders Defendants to show cause, if any they have, why they should not be sanctioned for failing to appear at the court-ordered settlement conference, giving such late and cursory notice of their intent not to appear, and failing to submit a pre-settlement conference brief.  Defendants' response to this OSC is due **no later than June 30, 2023.**

The Court invites Plaintiff to submit a declaration establishing her reasonable costs incurred in connection with the aborted settlement conference, including time preparing the court-ordered settlement conference brief, time consulting with counsel to prepare for the settlement conference, time spent attending the settlement conference, and time spent preparing the declaration.  Plaintiff's counsel's declaration should be submitted **no later than June 23, 2023**.  If Defendants contend that any of Plaintiff's claimed costs are unreasonable, then Defendants may explain why in their written response to the OSC.

This OSC is independent of any relief Defendants may wish to seek from Judge Carter from his deadline requiring mediation on or before June 14, 2023.  (Dkt. 96.).

Initials of Deputy Clerk <u>JD</u>