1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21031 Ventura Blvd, Suite 340
4  Woodland Hills, CA 91364
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@ toddflaw.com
   *Attorneys for Plaintiff*
8

9              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10

11 
   BRITTNEY HILDEBRAND, individually      )    Case No.
12 and on behalf of all others similarly situated, )
   Plaintiff(s),                           )
13                                         )
   vs.                                     )    8:21-cv-01871-DOC-KES
14 SOUTHWEST SOCCER CLUB                   )
   TOURNAMENTS; SOUTHWEST                  )
15 SOCCER CLUB, INC.; MOULAY               )    **NOTICE OF SETTLEMENT**
   ELBEKRAOUI; MARINA                      )
16 BOLDACHOVA; and DOES 1-10,              )
17 inclusive,                              )
   Defendant(s).                           )
18

19      NOW COMES THE PLAINTIFF by and through their attorney to
20 respectfully notify this Honorable Court that this case has settled as to all named
21 Defendants. Plaintiff requests that this Honorable Court vacate all pending
22 hearing dates and allow sixty (60) days with which to file dispositive
23 documentation. This Court shall retain jurisdiction over this matter until fully
24 resolved.
25
   Dated: June 30, 2023           **Law Offices of Todd M. Friedman, P.C.**
26

27                                          By: s/ Adrian R. Bacon
28                                              Adrian R. Bacon

Notice of Settlement

## CERTIFICATE OF SERVICE

Filed electronically on June 30, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on June 30, 2023, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Adrian R. Bacon</u>
    Adrian R. Bacon